# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LASHANDA B. COLLINS, ET AL.

VERSUS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, ET AL.

CIVIL ACTION

20-845-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated February 11, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion to Remand*[3] is GRANTED and this case is remanded to the 18th Judicial District Court for the Parish of West Baton Rouge.

Signed in Baton Rouge, Louisiana the  17th  day of May, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 28.
[2] Rec. Doc. 32.
[3] Rec. Doc. 28.